UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-30136 |
| | ) | |
| ERICA L. NEAL | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: |

## MOTION TO EXTEND TIME FRAME FOR FILING OF REAFFIRMATION AGREEMENT UNDER §4008

Now comes Debtor, Erica Neal, who humbly requests this court extend the 60-day time frame to file a Reaffirmation Agreement under §4008. Under §4008, the debtor has 60 days from the first date of the §341 hearing to file a reaffirmation agreement, which may be enlarged at the discretion of the court. In the instant case, this date translates to May 10, 2020, and concerns a car loan for Erica Neal's 2019 Toyota Yaris. The decision whether or not to reaffirm this loan hinges upon finding a suitable replacement vehicle with a suitable price, which has been greatly hampered over the last weeks by the state's Coronavirus quarantine. Erica Neal requests this Court extend the reaffirmation deadline by 30 days in order for her to investigate, and then decide, if she is going to reaffirm this loan.

Respectfully submitted,

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com
Attorney for Erica Neal

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Debtor's Motion for Extension of Deadline Under §4008 was served by the N.D. of Ohio's electronic system upon the address of the Marion Community Credit Union, 300 Barks Road East, Marion, OH 43302, on April 30, 2020.

/s/ Mark F. Graziani

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Erica Neal